David Brian Lally, State Bar No. 145872
Law Office of David Brian Lally
26895 Aliso Creek Road #B663
Aliso Viejo, CA 92656
(949) 349-0022 (phone)
(949) 349-0019 (facsimile)
Davidlallylaw@gmail.com

Attorney for Plaintiffs
RICHARD AND LYNN VENTURELLA

**FILED & ENTERED**

**SEP 28 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ogier       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>RICHARD VENTURELLA,<br><br>Debtor,<br><br>RICHARD AND LYNN VENTURELLA<br><br>Plaintiffs,<br><br>vs.<br><br>AUGUSTA FINANCIAL,<br><br>Defendant. | CASE NO.:    SV08-15634GM<br>ADV. NO.:    08-01530GM<br>CHAPTER    13<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFFS' ATTORNEY OF RECORD**<br><br>Date:  September 23, 2009<br>Time: 1:30 p.m.<br>Ctrm:  303 |

A Notice of Motion and Motion to Withdraw as Plaintiffs' attorney of record in this Adversary Proceeding ("Motion") having been filed by David B. Lally, and the Motion having come to be heard, on regular notice, before THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, on September 23, 2009, David B. Lally appearing for himself, Barry Wegman appearing for Defendant, and neither Plaintiff appearing or having

filed an opposition to the Motion, and the Court, having read the Motion, and after comments by both Counsel, does hereby make her Order as follows.

      IT IS ORDERED that the Motion is granted.  David B. Lally is no longer the attorney of record for Plaintiffs

      IT IS FURTHER ORDERED that a Trial shall be held in this Proceeding on November 19, 2009, at 10:00 a.m.  If Plaintiffs fail to appear at trial the Court may dismiss the Complaint for lack of prosecution.

      IT IS FURTHER ORDERED that, on or before November 5, 2009, Plaintiffs shall provide Defendant with the written documents they intend to use at trial.

      IT IS FURTHER ORDERED that Plaintiffs shall bring to the trial an original and 4 copies of all documents they intent to use at trial.

###

DATED: September 28, 2009

_____
United States Bankruptcy Judge

NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFFS' ATTORNEY OF RECORD** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David Lally - Davidlallylaw@gmail.com
"Barry Wegman" <BarryWegman@tilemlaw.com>,

❏ Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

X❏ Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

❏ Service information continued on attached page