ORIGINAL



FILED
NOV 10 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  Barry R. Wegman (Bar No. 127356)
   LAW OFFICES OF DAVID A. TILEM
2  206 N. Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone:(818) 507-6000
   Facsimile:(818) 507-6800
4

5  Attorneys for Defendant Augusta Financial, Inc.,
   sued herein as Augusta Financial
6

ENTERED
NOV 12 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LODGED
OCT - 1 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re: | Case No. 1:08-bk-15634-GM |
| RICHARD VENTURELLA, | Chapter 13 |
| Debtor. | |
| RICHARD AND LYNN VENTURELLA, | Adv Case No. 1:08-ap-01530 GM |
| Plaintiffs, | **ORDER SETTING TRIAL DATE AND OTHER REQUIREMENTS** |
| vs. | |
| AUGUSTA FINANICAL, | **STATUS CONFERENCE DATE:** |
| Defendant. | Date : September 23, 2009<br>Time : 1:30 p.m.<br>Place : Ctrm 303 |

The Court conducted a status conference in the above-entitled matter at the date, time and place set forth above. At the time of the Status Conference, no appearance was made by Plaintiff, though David Lally was present by telephone, but had just withdrawn as counsel for Plaintiffs and Defendant Augusta Financial, Inc. was represented by Barry R. Wegman.

After consideration of the status of the case, the Court makes the following Orders:

1. Trial is set for one half day only on November 19, 2009 at 10:00 a.m.;

2. The parties are to exchange copies of all documents to be used at the time of trial no later than November 13, 2009;

3. The parties are to bring to trial one original and four copies of any exhibit if an original is available and if not, five copies;

4. If Plaintiff does not appear for trial on November 19, 2009, the adversary action will be dismissed for failure to prosecute.

# # #

IT IS SO ORDERED

Dated: NOV 10 2009

Bankruptcy Judge

| RICHARD AND LYNN VENTURELLA V. AUGUSTA FINANCIAL | CHAPTER 13 |
|---|---|
| | CASE NUMBER 1:08-01530-GM |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described **ORDER SETTING TRIAL DATE AND OTHER REQUIREMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/30/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **9/30/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank, Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 30, 2009     Diana Chau     _____[signature]_____
Date                    Type Name              Signature

| RICHARD AND LYNN VENTURELLA V. AUGUSTA FINANCIAL | CHAPTER 13 |
|---|---|
| | CASE NUMBER 1:08-01530-GM |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER SETTING TRIAL DATE AND OTHER REQUIREMENTS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **9/09/09**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Neil B Katz: neilkatz@pacbell.net

United States Trustee: ustpregion16.wh.ecf@usdoj.gov

Barry R Wegman: barrywegman@tilemlaw.com, malissamurgula@tilemlaw.com;marcycarman@tilemlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Richard Venturella
Lynn Venturella
26819 Las Mananitas Drive
Valencia, CA 91354

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page