1

2

3

4

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

**FILED & ENTERED**

**NOV 20 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino   DEPUTY CLERK

5  In re:

6  Richard Venturella,

7

8

9                                                    Debtor(s),

10  Richard Venturella, Lynn Venturella

11                                              Plaintiff(s),

12                                                    Vs.

13   Augusta Financial

14                                              Defendant(s).

Case No.: 1:08-bk-15634-GM

Adversary No.: 1:08-ap-01530-GM

Chapter: 13

**ORDER DISMISSING ADVERSARY COMPLAINT AS MOOT BECAUSE MAIN BANKRUPTCY CASE HAS BEEN DISMISSED**

NO HEARING

15

16      On September 29, 2008 an adversary complaint was filed by debtors Richard and Lynn

17  Venturella against defendant Augusta Financial which was assigned adversary case number

18  SV08-01530GM.

19      On November 9, 2009 the main bankruptcy case SV08-15634GM of debtors Richard

20  and Lynn Venturella was dismissed for failure to confirm a Chapter 13 plan.

21      For this reason the above adversary complaint is hereby **DISMISSED** as moot because

22  the main bankruptcy case has been dismissed.

###

23

24

25   DATED: November 20, 2009

_____
United States Bankruptcy Judge

26

27

28

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or
attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING ADVERSARY COMPLAINT AS MOOT BECAUSE MAIN BANKRUPTCY CASE HAS BEEN DISMISSED**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| | **Richard and Lynn Venturella** <br> 26819 Las Mananitas Drive <br> Valencia, CA 91354 <br><br> **David B Lally** <br> 26895 Aliso Creek Rd Ste B663 <br> Aliso Viejo, CA 92656 <br><br> **Barry R Wegman** <br> Law Offices of David A Tilem <br> 206 N Jackson St Ste 201 <br> Glendale, CA 91206 <br><br> **Neil B Katz** <br> 3535 Lomita Blvd Ste C <br> Torrance CA, 90 |
| Category III (To be served by the lodging party). | |

- 3